UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANNA COPELAND,

          Plaintiff,

  v.

JAYAKRISHNAN NAIR,

          Defendant.

Case No. C21-1035-RSM

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Defendant in this removed matter does not appear to have funds available to afford the $402 filing fee, Defendant financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).[1]  Therefore, Defendant's IFP application, Dkt. 7, is GRANTED.  However, the undersigned recommends review by the assigned District Judge based on the currently pending Motion to Remand, Dkt. 5, as well as related matters previously pending in this Court, *see The Meadows Owners Association v. Nair*, C19-1596-RAJ; *Nair v. Copeland*, C19-1296-MJP; *Nair v. Symmes*, C19-1577-MJP; *In re The Guardianship of: Omana Thankamma*, C19-1307-MJP.  The Clerk of the Court is directed to send a copy of this Order to

---

[1] This determination is based solely on consideration of the IFP application filed in this matter.  It should be noted that other court filings may raise a question as to Defendant's financial eligibility for IFP status.  *See, e.g., The Meadows Owners Association v. Nair*, C19-1596-RAJ (Dkt. 5).

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1    the parties and to the assigned District Judge.

2          Dated this 2nd day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2