UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHANNA COPELAND, as Guardian of Omana Thankamma,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>JAYAKRISHNAN NAIR,<br>　　　　　　　　　Defendant. | No. 2:21-cv-01035 RSM<br><br>ORDER GRANTING MOTION FOR REMAND |

THIS MATTER having come on before the Court on the Motion for Remand brought by Plaintiff Channa Copeland; the Court having reviewed:

1. Plaintiff's Motion for Remand, Dkt. #5;

2. Request for Judicial Notice of Plaintiff, and the attached Exhibits 1-18; and

3. Defendant's Response, Dkt. #10;

the Court being fully advised in the premises; the Court now, therefore, makes the following

**ORDER**

1. All notices required are shown to have been timely given;

2. The Plaintiff's Motion for Remand, Dkt. #5, is GRANTED for:

　　a. Lack of diversity jurisdiction between Channa Copeland, Jayakrishnan Nair, and Omana Thankamma under 28 U.S.C. § 1332; and

ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND - 1

      b. Lack of federal question jurisdiction under 28 U.S.C. § 1331;

3. This matter is REMANDED to the King County Superior Court; and

7. Plaintiff Copeland's attorney's fees and costs are awarded pursuant to 28 U.S.C. § 1447. Plaintiff Copeland shall submit a Motion and Declaration of Attorney's Fees to this Court for determination of the amount of the award.

DATED this 29th day of September, 2021.

                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE